**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-bk-09906-CGC |
|---|---|
| COVARRUBIAS, VICTOR M. and COVARRUBIAS, PATRICIA, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3017 | 7/6/10 | Chrysler Financial Company<br>C/O Poli & Ball, PLC<br>James E. Shively<br>2999 N. 44TH Street Suite 500<br>Phoenix, AZ 85018 | $177.90 |

Dated this 27th day of October, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

1

Case 2:08-bk-09906-CGC   Doc 55   Filed 10/27/10   Entered 10/27/10 12:42:16   Desc
Main Document    Page 1 of 1